**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Karla Holden, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING MOTION** |
| vs. | ) | **TO FILE ADMINISTRATIVE** |
| | ) | **RECORD UNDER SEAL** |
| Health and Human Services, Secretary of, | ) | |
| Kathleen Sebelius, Secretary, | ) | |
| | ) | Case No. 1:12-cv-123 |
| Defendant. | ) | |
| | ) | |

Before the Court is "Defendant's Motion for Leave to File Certified Administrative Record Under Seal" filed November 14, 2012. (Docket No. 7). Defendant moves to file the certified administrative record under seal because it contains personally identifiable information. The court **GRANTS** the motion (Docket No. 7) and **ORDERS** that the certified administrative record in the above-captioned matter be filed under seal.

Dated this 15th of November, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court